FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED

*UNITED STATES DISTRICT COURT*
U.S. DISTRICT COURT
*DISTRICT OF MARYLAND*

MAY **7** 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

MONICA JEFFRIES

    Plaintiff

2021 MAY -7 P 3: 38

CLERK'S OFFICE Civil Action Number:
AT GREENBELT

VS

BY

TRAVERLERS PROPERTY CASUALTY

    Defendants

GLS 21 cv 1128

## MOTION FOR EXPEDITED TRIAL PURSUANT TO RELIEF
## IN A SLIP AND FALL LIABILTY HAS BEEN ESTABLISHED,

*Comes now the plaintiff Jeffries, pro se* into this Honorable court seeking a expedited trial, and relief pursuant to a premises liability case. This Honorable court has jurisdiction over this matter. Plaintiff has tried on several occasions to resolve this matter; without tying up this courts calendar, and further not to burden the already overworked judicial system. Plaintiff has also requested that this matter be heard by a Magistrate Judge, in order to timely resolve this matter. Plaintiff has filed the appropriate form, to have a Magistrate Judge hear this case. Plaintiff hereto requests a jury of her peers, plaintiffs damages are over $350.000.00; and continues to mount the longer defendants drag this matter along. Plaintiff has requested a response from the defendants regarding on going medical treatment, that should be covered by defendants Med-pay policy. However, much to plaintiffs detriment defendants have refused to timely respond.

### BACKGROUND

Plaintiff and her grandson fell in a huge pothole on defendants property. Plaintiffs car was damaged, and grandson was injured as well. As a result of defendants negligence. Defendant owed me a duty to maintain the property. Defendant breached that duty, by not repairing the parking lot, nor did defendant have proper lighting. Plaintiff could not see the huge pothole, as the rain had apparently filled up the huge hole, and it was now evening;and no lights were properly displayed on defendants property. The parking lot had inadequate lighting. There was 'NO

WAY' for plaintiff to determine how deep the hole was, as the hole was now filled with water from the rain, and it was dark. Plaintiffs injuries that she sustained due to defendants negligence are as follows:

1. Plaintiff suffered two broken ribs, **an actual brake and not a fracture.** Plaintiffs ribs were broken, the ribs are not mending properly. Which may cause plaintiff to undergo yet another surgery to brace and properly align the ribs.

2. Plaintiff also suffered a lacerated liver, plaintiff was in the **ICU (intensive care unit) for 3 days** until the bleeding had stopped, then another 6 days to help control the severe pain of the broken ribs.

3. Plaintiff also displaced an implant, an implant that was placed as the plaintiff is recovering from stage III breast cancer,plaintiff had a mastectomy, hence the placement of the implant. Plaintiff will have the implant removed shortly; plaintiff also requested about the payment of that procedure. Defendant has yet to respond much to plaintiffs detriment.

4. Shortly after the fall; plaintiff begin to suffer from double pneumonia, due to the broken ribs, as it was very difficult for plaintiff to breath deeply. The pain was not controlled. Plaintiff also begin to have a serious on set of Bronchitis which was triggered by the fall.

5. Plaintiff was just informed that she also has two herniated discs which can be attributable to the fall. Plaintiff has reached out to Travelers; regarding payment for physical therapy, without any response from defendants.

6. Plaintiff has a porta-cath which now has to be constantly monitored; due to the fragility of the port which may or may not, have a break in the line.

7. Plaintiff has suffered tremendous emotional and physical; pain and suffering as the pain and suffering will go on for quite some time. Plaintiff has need of a home health aid, which plaintiffs son has continued to pay since the inception of the fall. Defendants have refused to assist the plaintiff in making the payments to the home health aid.

8. Plaintiff has since been terminated from her job, because she could not accept any new deployments, as deployments are an essential part of her job. Plaintiff could not perform her job as an "Provisional Election Judge" for this past election. Plaintiff would have made $300.00 a day per Covid, ordinarily plaintiff would have made $200.00 a day for 7 days.

## NEGLIGENCE

 **Clearly defendant owed plaintiff a duty of care;** by maintaining the parking lot, and providing appropriate lighting.Defendant is a commercial property which owes me a duty to properly maintain the property. Defendants breached that duty by NOT maintaining the property. Defendants reckless and non-conforming actions and in-actions are the direct result of plaintiffs fall, causing her great harm and duress.

1. Defendants clearly owed plaintiff a duty of care.

2. Defendants clearly breached that duty by not 'properly maintaining' the property.

3. Defendants have continued to burden the plaintiff by not timely responding to the fact that 'the parking lot' is a complete mess, to say the least.

4. Defendants reckless, careless, wantonly in-actions was done with reckless disregard of the duty of care.

5. As a direct result plaintiff has suffered severe bodily harm, emotional pain and suffering, and on-going medical issues caused by the fall. As a result of that fall plaintiff has damages in excess over $350,000.00 and the medicals are mounting.

*Wherefore for all of the above* reasons, plaintiff hereto requests, this Honorable court to set this matter for a expeditious trial with a jury of her peers. And to further ORDER the defendants to timely respond to plaintiffs request; regarding the MedPay incidentals. As the on-going medical issues are still outstanding, plaintiff wants closure at this juncture. Plaintiff requests any other further relief this honorable court deems just and fair in the light of plaintiffs favor.

Respectfully submitted,

*Monica Jeffries*

Monica Jeffries, Plaintiff pro se

414 Winslow Road, Oxon Hill Maryland 20745

Phone: 301-485-1659

**CERTIFICATE OF SERVICE ATTACHED**

## CERTIFICATE OF SERVICE

Monica Jeffries the person of record hereby certify that a copy of the foregoing:

## PLAINTIFFS MOTION FOR A TIMELY JURY TRIAL

Was sent postage prepaid U.S mail on this May 8, 2021 to the following:

Travelers Property Casualty Company of America

Resident agent: Seminara Nicholas, One Tower Square, Hartford, CT. 06183

Travelers Property casualty Company of America,

Resident agent: Chief Financial Officer, P.O. Box 430, Buffalo, NY 14240-0430

Travelers Property Casualty Company of America

E-mail sent to Lani Johns, claims adjuster

Respectfully submitted,

Monica Jeffries, Plaintiff

414 Winslow Road, Oxon Hill Maryland 20745

Phone: 301-485-1659   e-mail: jeffriesmonica@yahoo.com

Date entered: May 11th, 2021